# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF LINGLE, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>   vs.<br><br>**MARITZ HOLDINGS, INC.,**<br><br>Defendant. | Case No. 2:17-cv-02656-WBS-KJN<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: March 1, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE